**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **eSignature Software, LLC**, | Case No. 1:18-cv-00544-LPS-CJB |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **SignNow, Inc.**, | |
| Defendant. | |

**REQUEST FOR ENTRY OF DEFAULT**

Plaintiff filed its Complaint against Defendant on April 11, 2018 (D.I. 1) and served Defendant on April 13, 2018 (D.I. 5). Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff hereby respectfully requests the Clerk to enter a default against Defendant on the basis that Defendant has failed to plead or otherwise defend this action as required by the Federal Rules of Civil Procedure.  A form of order is attached hereto.

Dated: August 24, 2018

STAMOULIS & WEINBLATT LLC

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis #4606
    stamoulis@swdelaw.com
Richard C. Weinblatt #5080
    weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone:  (302) 999-1540

*Attorneys for eSignature Software, LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **eSignature Software, LLC**, | Case No. 1:18-cv-00544-LPS-CJB |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **SignNow, Inc.**, | |
| Defendant. | |

## CLERK'S ENTRY OF DEFAULT

It appearing that the complaint was filed in this case on April 11, 2018 (D.I. 1) and that the summons and complaint were duly served upon Defendant no later than April 13, 2018 (D.I. 5) and no answer or other pleading has been filed to date by Defendant as required by law;

Therefore, upon the request of Plaintiff default is hereby entered against Relay2, Inc. as provided in Rule 55(a) of the Federal Rules of Civil Procedure.

By: _____
           Deputy Clerk