IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ESIGNATURE SOFTWARE, LLC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 18-544-LPS-CJB |
| | ) | |
| SIGNNOW, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**CLERK'S ENTRY OF DEFAULT**

And now to wit this **3rd** day of **October, 2018**, the Plaintiff, eSignature Software, LLC, filed a Request for Default as to Defendant, SignNow, Inc. pursuant to Fed. R. Civ. P. 55(a).

It appearing from the record (D.I. 5), that service was effectuated in accordance with Federal Rule of Civil Procedure 4 (h)(1) (B). Defendant, SignNow, Inc. has not answered or otherwise moved with respect to the Complaint.

Now therefore, **IT IS ORDERED,** in accordance with Federal Rule of Civil Procedure 55(a) that entry of default be and hereby is **ENTERED** in favor of Plaintiff and against Defendant, SignNow, Inc.

John A. Cerino, Clerk

By _____
Deputy Clerk